UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zinus, Inc., *et al.*,<br><br>           *Plaintiffs,*<br><br>v.<br><br>Foshan Aiyi Family Article Co., Ltd., *et al.*,<br><br>           *Defendants.* | **8:24-cv-00247-JVS-PVC**<br><br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION [126]** |

On January 30, 2026, this Court issued an Order (Dkt. No. 125) granting the Renewed Motion for Default Judgment and Motion for Permanent Injunction (Dkt. Nos. 121, 122) filed by Plaintiffs Zinus, Inc. and Zinus USA Inc. (collectively "Plaintiffs") against Defendants Foshan Aiyi Family Article Co., Ltd.; Foshan Aiyi Household Products Co., Ltd.; Molblly Inc.; IYEE Nature Inc.; Anlowo Inc.; Beanomy, Inc.; Wakodo Household Supply Inc.; and Zevoky Inc. (collectively "Defendants").

Pursuant to the Court's January 30, 2026 Order and Federal Rules of Civil Procedure 58 and 65, the Court now hereby enters this FINAL JUDGMENT AND

FINAL JUDGMENT AND PERMANENT INJUNCTION

PERMANENT INJUNCTION in favor of Plaintiffs and against Defendants as follows:

1.    The Court DECLARES pursuant to 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57 that all Defendants are liable jointly and severally to Plaintiffs Zinus, Inc. and Zinus USA Inc. under 18 U.S.C. § 1964(c), 15 U.S.C. § 2072(a), and California Business and Professions Code §§ 17200, *et seq.*

2.    The Court DECLARES pursuant to 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57 that Defendants Foshan Aiyi Family Article Co., Ltd.; Foshan Aiyi Household Products Co., Ltd.; Molblly Inc.; IYEE Nature Inc.; Anlowo Inc.; and Zevoky Inc. are jointly and severally liable to Plaintiffs Zinus, Inc. and Zinus USA Inc. under 15 U.S.C. §§ 1117(a), 1125(a)(1)(A), and 1125(a)(1)(B), and California Business and Professions Code §§ 17500, *et seq.*

3.    The Court AWARDS **$12,274,372.39** in monetary relief in favor of all Plaintiffs and jointly and severally against all Defendants.  This amount includes:

    a.    Lost profits, trebled as required under 18 U.S.C. § 1964(c), in the amount of **$12,011,943.00**;

    b.    Attorney's fees in the amount of **$243,838.86**; and

    c.    Court costs and litigation expenses in the amount of **$18,590.53**.

4.    The Court enters the following PERMANENT INJUNCTION: Defendants Foshan Aiyi Family Article Co., Ltd.; Foshan Aiyi Household Products Co., Ltd.; Molblly Inc.; IYEE Nature Inc.; Anlowo Inc.; Beanomy, Inc.; Zevoky Inc.; and Wakodo Household Supply Inc., along with any of their officers, agents, servants, employees, and attorneys,

and any other persons who are in active concert or participation with any of the foregoing, shall refrain from (a) importing into the United States, (b) selling in the United States, or (c) taking any action in furtherance of importing or selling (including without limitation marketing, promoting, or advertising) any mattress produced overseas (including without limitation mattresses sold under the Molblly, IYEE Nature, OYT, Anlowo, Alloech, S Secretland, Madinog, Jingwei, Jingxun, POTCTZ, SUAYEA, z-hom, Letmoon, or Een Een Sleep brand names) that does not properly identify the correct country of origin (*i.e.*, the country in which such mattress was manufactured) on both its mattress tags and in all bills of lading and other shipping documentation that calls for the listing of a country of origin or manufacture.

It is FURTHER ORDERED, ADJUDGED, and DECREED that all monetary relief set forth herein shall accrue post-judgment interest as required under 28 U.S.C. § 1961;

It is FURTHER ORDERED, ADJUDGED, and DECREED that this is a final and appealable judgment; and

It is FURTHER ORDERED, ADJUDGED, and DECREED that all writs and processes for the enforcement of this judgment may issue.

It is SO ORDERED, ADJUDGED, AND DECREED this 18 day of March, 2026.

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

4

FINAL JUDGMENT AND PERMANENT INJUNCTION